Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 882 | **DATE** | 6/22/2000 |
| **CASE TITLE** | In Re: In Re: Hanno | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Debtor's counsel is allowed to remove the common law record from the court for a period of 14 days for purposes of copying and preparing the appellate brief. Enter Agreed Order.

(11) ■ [For further detail see order attached to the original minute order.]

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | JUN 2 3 2000 |
| | Notified counsel by telephone. | date docketed |
| ✓ | Docketing to mail notices. | S.B. |
| | Mail AO 450 form. | docketing deputy initials |
| | Copy to judge/magistrate judge. | |
| MPJ | courtroom deputy's initials | date mailed notice |
| | Date/time received in central Clerk's Office | mailing deputy initials |

Document Number: 15

No. 00 CV 0882

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

DOCKETED
JUN 23 2000

In Re:                      )
                            )    No. 00 CV 0882
John A. Hanno,              )
                            )    Judge Elaine Bucklo
Debtor/Appellant.           )    Magistrate Judge Nolan
                            )

### AGREED ORDER

This matter came to be heard on the request of Debtor's counsel for leave to check-out the record on appeal from District Court in the above captioned case for purposes of copying the record and preparing the appellate brief, and the Court having jurisdiction, being fully advised in the premises and TCF Bank having no objection:

IT IS HEREBY ORDERED:

1. The clerk of the District Court shall permit Debtor's counsel to have access to the common law record in the above captioned case and shall permit Debtor's counsel to remove the common law record from the Courthouse for a period of 14 days for purposes of copying and preparing the appellate brief.

AGREED:

John Hanno
By: Julie A. Boynton

TCF Bank
By: Kenneth R. Wysocki

15

Date: 6-22-00

BY THE COURT

_____
The Honorable Elaine Bucklo
U.S. District Court Judge

This order prepared by
Forrest L. Ingram, P.C.